UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE M. HESTER,

     Petitioner,

v.

COMMISSIONER OF SOCIAL SECURITY,

     Respondent.

_____/

Case No. 15-MC-51149
Hon. Denise Page Hood

## ORDER DENYING PETITION FOR JUDICIAL REVIEW
## and
## DISMISSING PETITION

This matter is before the Court on Petitioner Annie M. Hester's Petition for Judicial Review of the Decision of the Commissioner of Social Security. On September 2, 2009, Judge Thomas L. Ludington entered an order enjoining Petitioner "from filing any further actions against the Commissioner of Social Security in this district unless she obtains the written permission of a judge in this district." *Hester v. Commissioner of Social Security,* No. 08-14575, Doc. #15. In addition to the instant action, Petitioner has since filed several actions against the Commissioner of Social Security in this district which have been dismissed under the following case numbers: 11-11781 (Cox); 12-14352 (Ludington); 12-51140 (Rosen); 12-51438 (Borman); 12-51523 (Cleland); 13-50323 (Cleland); 13-50444 (Drain); 14-50315 (Cleland); 14-50368 (Drain); 14-50441 (Zatkoff); 14-50552

(Tarnow);  14-50870 (Roberts); 14-50980 (Roberts) 14-50924 (Cox); 14-51003 (Leitman); 14-51095 (Hood); 14-51245 (Lawson); 14-51431 (Cox); 14-51739 (Cox); 15-50599 (Goldsmith); and, 15-51045 (Tarnow).  Reviewing the Petition, the Court finds Petitioner is seeking to re-litigate her claims previously raised in this District.

Accordingly,

IT IS ORDERED that Petitioner's Petition to file an action against the Commissioner of Social Security in this District is **DENIED**.

IT IS FURTHER ORDERED that this Petition is **DISMISSED** with prejudice.

s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: October 9, 2015